**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_John P. Gustafson_
United States Bankruptcy Judge

**Dated: January 27 2016**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-34066 |
| Timothy Scott Kildow | : | Chapter 13 (Judge John P. Gustafson) |
| | : | |
| Debtor | : | |

**O**RDER **G**RANTING **M**OTION TO **T**RANSFER **V**ENUE OF **C**HAPTER 13 **B**ANKRUPTCY **C**ASE FROM **N**ORTHERN **D**ISTRICT OF **O**HIO TO **S**OUTHERN **D**ISTRICT OF **O**HIO (**D**OC #8)

This matter is before the Court on the Debtor's Motion to transfer the above captioned case from the Northern District of Ohio, Western Division, to the Southern District of Ohio, Eastern Division filed on December 30, 2015 as Doc. No. 8.

The Court finds that all parties in interest have been properly served and noticed, and no objections have been filed within the appropriate time. The Court has reviewed the Motion, and finds the Motion to be proper and well taken, and that good cause exists for the Debtor to be granted the relief requested.

**I**T IS HEREBY **O**RDERED: Debtor's Motion to transfer his above captioned case from the Northern District of Ohio, Western Division, to the Southern District of Ohio, Eastern Division **GRANTED**.

**IT IS FURTHER ORDERED** that the case shall be transferred by the Clerk to the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division; and

**IT IS FINALLY ORDERED** that all deadlines established by and upon the filing of the case in this court are hereby vacated and shall be as set based upon docketing of the case in the Southern District of Ohio, Eastern Division.

**I**T IS SO **O**RDERED.

**Copies To:**
Electronic Service:
Office of the U.S. Trustee
Elizabeth A. Vaughan, Chapter 13 Trustee
Marshall D. Cohen, Esq.
Attorney Christy A. Prince

U.S. Mail Service:
Timothy Scott Kildow | 9203 Walker Park Drive | Columbus, OH 43240
Timothy Scott Kildow |320 Center Street|Marion, OH 43302
The Union Bank Company |100 S. High Street|PO Box 67|Columbus Grove, OH 45830-0067
1st Finl Invstmnt Fund |3091 Governors Lake Dr|Peachtree Corners, GA 30071-1135
Attorney Christy A. Prince |65 East Mian Street|Suite 1800|Columbus, OH 43215
Attorney General of the State of Ohio |Collection Enforcement|150 East Gay Street, 21st Floor|Columbus, OH 43215-3191
Attorney James H Cannon |110 Polaris Parkway|Suite 302|Westerville, OH 43082-7054
Attorney Michael S. Probst |85 E Gay Street|Suite 608|Columbus, OH 43215-3336
Attorney Michael Schaffer |88 West Mound Street|Columbus, OH 43215-5018
Attorney Raymond F. Moats III |3705 Marlane Drive|Grove City, OH 43123-8895
Barclays Bank Delaware |Po Box 8801|Wilmington, DE 19899-8801
Bureau of Workers Compensation |30 W. Spring Street|Columbus, OH 43215-2256
Capital One |Attn: Bankruptcy|Po Box 30285|Salt Lake City, UT 84130-0285
Capital One |Attn: Bankruptcy|Pob 30253|Salt Lake City, UT 84130-0253
Chase - Pier 1 |Po Box 15298|Wilmington, DE 19850-5298
Citibank/Best Buy |Centralized Bankruptcy/CitiCorp Credit S|Po Box 790040|St Louis, MO 63179-0040
Columbiana County Treasurer |105 South Market Street|Suite 8|Lisbon, OH 44432-1234
Delaware County Treasurer |140 N. Sandusky Street|Delaware, OH 43015-1799
Fahey Bank |150 E Wilson Bridge Road|Columbus, OH 43085-2328
Fahey Banking Company |127 North Main Street|Marion, OH 43302-3072
Fifth Third Bank |Fifth Third Bank Bankruptcy Department,|1830 E Paris Ave Se|Grand Rapids, MI 49546-6253
FORD MOTOR CREDIT COMPANY|P O BOX 62180|COLORADO SPRINGS CO 80962-2180|preferred
Hardin County Treasurer |1 Courthouse Square|Suite 230|Kenton, OH 43326-2388
Internal Revenue Service |PO Box 7346|Philadelphia, PA 19101-7346
Kevin Hensel |c/o Kevin Hall|355 East Center Street, Suite 101|Marion, OH 43302-4146
Kohls/Capital One |Po Box 9500|Wilks-Barr, PA 18773-9500
Marion County Treasurer |222 West Center Street|Marion, OH 43302-3646
Midland Funding |2365 Northside Dr|Suite 300|San Diego, CA 92108-2709
Nemo's Coll |14631 N Cave Creek|Phoenix, AZ 85022-4159
Ohio Department of Taxation |Bankruptcy Division|PO Box 530|Columbus, OH 43216-0530
Ohio State Attorney General |30 East Broad Street|17th Floor|Columbus, OH 43215-3414
Peoples Bank National Association |138 Putnam Street|Marietta, OH 45750-2923

Rogers & Hol |Po Box 879|Matteson, IL 60443-0879
Square One Financial/Cach Llc |4340 S Monaco St|2nd Floor|Denver, CO 80237-3485
CITIBANK|PO BOX 6043|SIOUX FALLS SD 57117-6043
Synchrony Bank/ JC Penneys |Attn: Bankrupty|Po Box 103104|Roswell, GA 30076-9104
Synchrony Bank/Cost Plus World M |Attn: Bankruptcy|Po Box 103104|Roswell, GA 30076-9104
Synchrony Bank/Mens Wearhouse |Attn: Bankruptcy|Po Box 103104|Roswell, GA 30076-9104
Synchrony Bank/Sams |Attn: Bankruptcy|Po Box 103104|Roswell, GA 30076-9104
Tax Ease Ohio LLC |c/o CT Corporation statutory agent|1300 East 9th Street|Cleveland, OH 44114-1501
The Ohio State Bank |30 Coal Bend|Delaware, OH 43015-6530
TOYOTA MOTOR CREDIT CORPORATION|PO BOX 8026|CEDAR RAPIDS IA 52408-8026
US Attorney General |Main Justice Bldg #5111|10th & Constitution Ave N.W.|Washington, DC 20530-0001
US District Attorney |303 Marconi Blvd., 2nd Floor|Columbus, OH 43215-2326
Union Bank |100 South High Street|Columbus Grove, OH 45830-1241
Office of the United States Trustee | Howard M. Metzenbaum U.S. Courthouse | 201 Superior Avenue East, Suite 441 | Cleveland, Ohio 44114

###